```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                        CASE NO. 06 B 14606
         SAMUEL J SORCE
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

              Debtor
         SSN XXX-XX-0836


     ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

         1.  The case was filed on 11/08/06 and confirmed on 02/08/07.

         2.  The plan is paid in full.

         3.  The Debtor paid a total of $  36595.00 .

         4.  The Trustee made disbursements to creditors as follows:


     ------------------------------------------------------------------------------
     CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                    PAID            PAID
     ------------------------------------------------------------------------------
     WASHINGTON MUTUAL BANK     CURRENT MORTG          .00              .00             .00
     WASHINGTON MUTUAL BANK     MORTGAGE ARRE     31497.76              .00        31497.76
     HSBC AUTO FINANCE          SECURED VEHIC          .00              .00             .00
     INTERNAL REVENUE SERVICE   PRIORITY           1545.11              .00         1545.11
     INTERNAL REVENUE SERVICE   UNSECURED             6.92              .00             6.92
     CAPITAL ONE BANK           UNSECURED           815.00              .00           815.00
     CAPITAL ONE BANK           UNSECURED           481.25              .00           481.25
     CITIBANK NA                UNSECURED        NOT FILED              .00             .00
     CITIFINANCIAL              UNSECURED        NOT FILED              .00             .00
     KCA FINANCIAL SERVICES     UNSECURED        NOT FILED              .00             .00
     ECAST SETTLEMENT CORPORA   UNSECURED           309.92              .00           309.92
     HSBC                       UNSECURED        NOT FILED              .00             .00
     HSBC                       UNSECURED        NOT FILED              .00             .00
     NICOR GAS                  UNSECURED        NOT FILED              .00             .00
     SHELL                      UNSECURED        NOT FILED              .00             .00
     DEPENDON COLLECTION SERV   UNSECURED        NOT FILED              .00             .00
     VILLAGE OF SUMMIT          UNSECURED        NOT FILED              .00             .00
              Summary of disbursements:
     ------------------------------------------------------------------------------
                       SECURED       PRIORITY      UNSECURED        OTHER          TOTAL
     ------------------------------------------------------------------------------
     TOTAL CLMS ALLOWED   31497.76      1545.11       1613.09          .00        34655.96
     PRINCIPAL PAID       31497.76      1545.11       1613.09          .00        34655.96
     INTEREST PAID             .00           .00           .00          .00             .00
     TOTAL PAID           31497.76      1545.11       1613.09          .00        34655.96
     The Debtor's attorney, GREGORY K STERN                , was allowed $       .00
     and was paid $       .00 .

     The Trustee received $   1934.23 .

     Refunds to the Debtor totaled $       4.81 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE